| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | |
|---|---|---|
| Before: James Orenstein<br>     U.S. Magistrate Judge | Date:<br>Time: | 3/4/2020<br>12:30 p.m. |

*Manuel Rosado v. Benchmark Contracting Inc., et al.*
19-CV-0504 (ENV) (JO)

Type of Conference:  Telephone

Appearances:   Plaintiff       Keith E. Williams

              Defendants   Michael Taubenfeld

Scheduling: The next telephone conference will be held on April 6, 2020, at 12:30 p.m.

Summary: I discussed with counsel my review of the proposed settlement. The plaintiff's counsel will promptly file supplemental records relating to the claimed costs. If the court approves the proposed settlement before the next conference scheduled above, I will cancel it; otherwise I respectfully direct the plaintiff's counsel to initiate the telephone conference call.

                              SO ORDERED

                              _____/s/_____
                              James Orenstein
                              U.S. Magistrate Judge